## MARGARET PIERRE-LOUIS *v.* JULES D. PIERRE-LOUIS
### (AC 28729)

Bishop, Beach and Foti, Js.

Submitted on briefs May 28—officially released June 17, 2008

Per Curiam. The judgment is affirmed.

## ACORN HOMES, INC. *v.* COMMISSIONER OF TRANSPORTATION
### (AC 28879)

McLachlan, Harper and Foti, Js.

Argued June 2—officially released June 17, 2008

Per Curiam. The judgment is affirmed.

## JERI KOLLOCK *v.* COMMISSIONER OF CORRECTION
### (AC 27783)

Bishop, Lavine and Robinson, Js.

Argued May 19—officially released June 17, 2008

Per Curiam. The judgment is affirmed.